IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL LEE,

   Appellant,

                 Case No.  5D22-1228
v.                LT Case No. 2016-DR-002915-A


JESSICA LEE N/K/A JESSICA LOCKE,

   Appellee.

_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Lake County,
Brian Welke, Judge.

Michael Lee, Fruitland Park, pro se.

No Appearance for Appellee.


PER CURIAM.

  AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.